**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Joseph VOTH, Jr.,
Defendant–Appellant.**

**No. 12–30194.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT,

J. Bishop Grewell, Assistant U.S., Office of the U.S. Attorneys, Helena, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Colin M. Stephens, Smith & Stephens, P.C., Missoula, MT, for Defendant–Appellant.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

William Joseph Voth, Jr., appeals from the district court's judgment and challenges the 87–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(B), 846, and 851. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Voth contends that his sentence is substantively unreasonable in light of the 18 U.S.C. § 3553(a) sentencing factors. The district court imposed a sentence below the mandatory minimum after granting the government's substantial assistance motion under 18 U.S.C. § 3553(e). The court gave Voth the full benefit of the substantial assistance departure, and was precluded from further reducing his sentence under the section 3553(a) factors. *See United States v. Jackson,* 577 F.3d 1032, 1036 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.